**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**William Berry COLEMAN, a/k/a**
**William Barry Coleman,**
**Defendant—Appellant.**

No. 09–6910.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 24, 2010.

Decided: April 8, 2010.

William Berry Coleman, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Berry Coleman appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Coleman,* No. 3:01–cr–00093–RLV–1 (W.D.N.C. April 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*